400 A.2d 609

Commonwealth v. Howard, Appellant.

Argued December 6, 1978. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Jr., Assistant District Attorney, submitted a brief for Commonwealth, appellee.

572

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.